CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Catherine Guintu Principe; and Ronald Manuel Principe,<br><br>        Plaintiffs,<br><br>v.<br><br>Clyde Moore, in his official capacity as Field Office Director of the Las Vegas Field Office of United States Citizenship and Immigration Services; United States Citizenship and Immigration Services; United States Board of Immigration Appeals; and Merrick B. Garland, in his official capacity as Attorney General of the United States,<br><br>        Defendants. | Case No. 2:21-cv-00636-GMN-VCF<br><br>**Joint Stipulation to Stay the Proceedings** |

The parties, by and through their respective counsel, hereby stipulate and jointly move the Court to stay all deadlines in this matter based on the following:

1. On April 21, 2021, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (ECF No. 1), which sought "an order declaring that [the] U.S. Citizenship and Immigration Services' ("USCIS") adjudication of" Plaintiffs' Form I-130 Application "was contrary to law and requiring the agency to re-adjudicate the Form I-130." (ECF No. 1 at 1).

2. The deadline for the Federal Defendants to answer or otherwise plead is June 21, 2021.

3. USCIS will re-adjudicate Plaintiffs' I-130 petition.

4. USCIS's re-adjudication may resolve some or all of the issues raised in the complaint.

5. Accordingly, the parties request that the Court stay this matter pending resolution or final adjudication of the Plaintiffs' I-130 petition. If the parties are able to resolve this matter, they will promptly file a stipulation of dismissal.

6. If the parties are unable to resolve this matter and the case is not dismissed, the parties agree to file a joint status report 90 days after the entry of the Court's stay order.

Respectfully submitted this 9th day of June 2021.

| LAW OFFICE OF ALEXANDER R. VAIL, LLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Alexander R. Vail<br>ALEXANDER R. VAIL<br>2970 West Sahara Avenue<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiffs* | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report every six months, beginning on December 9, 2021, addressing the status of USCIS's adjudication.

Dated this __11__ day of June , 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT