CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Catherine Guintu Principe; and Ronald Manuel Principe,<br><br>Plaintiffs,<br><br>v.<br><br>Clyde Moore, in his official capacity as Field Office Director of the Las Vegas Field Office of United States Citizenship and Immigration Services; United States Citizenship and Immigration Services; United States Board of Immigration Appeals; and Merrick B. Garland, in his official capacity as Attorney General of the United States,<br><br>Defendants. | Case No. 2:21-cv-00636-GMN-VCF<br><br>**Joint Status Report and Request to Continue the Stay the Proceedings an Additional 30 Days** |

The parties, by and through their respective counsel, hereby file this joint status report and stipulate and jointly move the Court to continue to stay all deadlines in this matter an additional 30 days based on the following:

1. On April 21, 2021, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (ECF No. 1), which sought "an order declaring that [the] U.S. Citizenship and Immigration Services' ("USCIS") adjudication of" Plaintiffs' Form I-130 Application "was contrary to law and requiring the agency to re-adjudicate the Form I-130." (ECF No. 1 at 1).

2. The deadline for the Federal Defendants to answer or otherwise plead was June 21, 2021.

3. On June 9, 2021, the parties filed a stipulation to stay the proceedings (ECF No. 6). As part of the stipulation, the parties agreed to provide the Court with a joint status report 90 days after the entry of the Court's stay order (ECF No. 6 at 2).

4. On June 11, 2021, the Court granted the parties' stipulation and stayed the case (ECF No. 7).

5. In accordance with the parties' stipulation and the Court's Order, the parties file this Joint Status Report and Stipulation to request an additional 30 days of the stay.

6. USCIS has been diligently engaged in the re-adjudication of Plaintiffs' I-130 petition.

7. USCIS's re-adjudication may resolve some or all of the issues raised in the complaint.

8. Accordingly, the parties request that the Court continue to stay this matter pending resolution or final adjudication of the Plaintiffs' I-130 petition. If the parties are able to resolve this matter, they will promptly file a stipulation of dismissal.

///

///

///

///

///

///

9. If the parties are unable to resolve this matter and the case is not dismissed, the parties agree to file another joint status report 30 days after the entry of the Court's order on this stipulation.

Respectfully submitted this 8th day of September 2021.

| | |
|---|---|
| LAW OFFICE OF ALEXANDER R. VAIL, LLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Alexander R. Vail*<br>ALEXANDER R. VAIL<br>2970 West Sahara Avenue<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiffs* | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

Dated this  15  day of September, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3