CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Catherine Guintu Principe; and Ronald Manuel Principe,<br><br>  Plaintiffs,<br><br>  v.<br><br>Clyde Moore, in his official capacity as Field Office Director of the Las Vegas Field Office of United States Citizenship and Immigration Services; United States Citizenship and Immigration Services; United States Board of Immigration Appeals; and Merrick B. Garland, in his official capacity as Attorney General of the United States,<br><br>  Defendants. | Case No. 2:21-cv-00636-GMN-VCF<br><br>**Joint Stipulation and Order to Dismiss** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that

////

///

///

///

///

///

///

the above-entitled case shall be voluntarily dismissed without prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 16th day of September 2021.

| | |
|---|---|
| LAW OFFICE OF ALEXANDER R. VAIL, LLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ *Alexander R. Vail*<br>ALEXANDER R. VAIL<br>2970 West Sahara Avenue<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiffs* | /s/ *Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

Dated this  17  day of September, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT